**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| In the matter of | Case No. **99-15043** |
|---|---|
| **PARKE CARE CENTER OF FINNEYTOWN, INC.** | Chapter 7 |
| Debtor(s) | Judge **Burton Perlman** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

## TO THE CLERK OF THE COURT

The attached check in the amount of (1) $5,142.62 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| J LYNN LAVY AND ASSOCIATES | 56 | $2,377.09 |
| J LYNN LAVY AND ASSOCIATES | 56 | $941.25 |
| DEPENDABLE STAFFING | 59 | $510.54 |
| DEPENDABLE STAFFING | 59 | $202.16 |
| PREFERRED MEDICAL CARE | 20 | $550.37 |
| FIRST CHOICE MEDICAL | 21 | $561.21 |
| | | |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $5,142.62 |

Dated:    3/12/2008

/s/ E. Hanlin Bavely
_____
E. Hanlin Bavely

cc: U.S. Trustee